

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTH DISTRICT, AT DALLAS

No. 05-24-00630-CV

IN THE INTEREST OF C.H AND M.H., CHILDREN

(Trial Court No. DC-24-00720 in the 192nd Judicial District Court of Dallas County)

**The costs incurred on appeal to the Fifth Court of Appeals Dallas, Texas are below:**

| Fee Date | Type of Fee | Charges | Paid | Paid By |
|---|---|---|---|---|
| 10/29/2024 | Supplemental clerk's record | $43.00 | PAID | FARIAS, LEONAL "LEO", II |
| 08/02/2024 | Reporter's record | $0.00 | NOT PAID | |
| 05/31/2024 | Filing | $205.00 | INDIGENT | |

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **RUBEN MORIN, CLERK** OF THE FIFTH COURT OF APPEALS OF THE STATE OF TEXAS AT DALLAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifth District of Texas, this August 19, 2025.

**/s/ RUBEN MORIN, Clerk of the Court**